UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MIGUEL ANGEL RODRIGUEZ, CATALINA
TORRES ASCENCIO, and JOSE ALEMAN
BARINCA, individually and on behalf of all
others similarly situated,

                          Plaintiffs,          JUDGMENT

v.                                          21 CV 760 (RML)

MI ESQUINA DELI CORP., LC STOP
DELI CORP. d/b/a STOP DELI, and
LAZARO CISNEROS, YOLANDA
CISNEROS, and KEVIN CISNEROS,
as individuals,

                          Defendants.
------------------------------------------------------------X

      A notice of acceptance of a Rule 68 Offer of Judgment having been filed on May 11, 2023; and Defendants Mi Esquina Deli Corp., Yolanda Cisneros, and Kevin Cisneros, having offered to allow entry of judgment to be taken against them and in favor of Plaintiffs Miguel Angel Rodriguez, Catalina Torres Ascencio, Jose Aleman Barinca, Adrian Rodriguez, and Jose Galindo Meneses in the sum of Fifteen Thousand Dollars and Zero Cents ($15,000.00); and a Memorandum and Order of Honorable Robert M. Levy, Unites States Magistrate Judge, having been filed on October 31, 2023, granting Plaintiffs' motion for attorney's fees and costs; awarding Plaintiffs $29,010.50 in attorney's fees and $1,632.75 in costs, for a total of $30,643.25; it is

      ORDERED and ADJUDGED that judgment is entered in favor of Plaintiffs Miguel Angel Rodriguez, Catalina Torres Ascencio, Jose Aleman Barinca, Adrian Rodriguez, and Jose Galindo Meneses and against Defendants Mi Esquina Deli Corp., Yolanda Cisneros, and Kevin Cisneros in the total sum of Fifteen Thousand Dollars and Zero Cents ($15,000.00); and that

Plaintiffs $29,010.50 are awarded in attorney's fees and $1,632.75 in costs, for a total of $30,643.25.

| | |
|---|---|
| Dated: Brooklyn, New York<br>January 8, 2024 | Brenna B. Mahoney<br>Clerk of Court |
| | By:  /s/Jalitza Poveda<br>       Deputy Clerk |